PER CURIAM.
Affirmed. See Vernold v. State, 376 So.2d 1166 (Fla.1979); Leeman v. State, 357 So.2d 703 (Fla.1978); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Wilson v. State, 982 So.2d 697 (Fla. 2d DCA 2008) (table decision); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Nedd v. State, 855 So.2d 664 (Fla. 2d DCA 2003); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So.2d 52 (Fla. 2d DCA 1985); Mills v. State, 840 So.2d 464 (Fla. 4th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.